*A. E. Thornton,* for plaintiff.

*J. R. Wilson, J. E. Drake,* and *T. S. Hawes,* for defendants.

---

### HOLLOWAY *v.* CITIZENS BANK OF METTER.

HILL, J. Under the conflicting evidence the court did not err in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 4797. AUGUST 14, 1925.

Petition for injunction. Before Judge Hardeman. Candler superior court. February 11, 1925.

*C. W. Turner,* for plaintiff.

*Kirkland & Kirkland,* for defendant.